# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  4:25mj-51 |
| | ) | |
| Charmaine Gatlin | ) | |
| | ) | Charging District:  Southern District of Florida |
| *Defendant* | ) | Charging District's Case No. 25-2220-CR |

FILED BY_____BM____D.C.

May 23, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:  Wilkie D. Ferguson, Jr. U.S. Courthouse<br>400 North Miami Avenue<br>Miami, FL 33128 | Courtroom No.:  Magistrate Judge Ellen D'Angelo |
| | Date and Time:  June 4, 2025 at 2:00 P.M. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        05/21/2025

_____
*Judge's signature*

Christopher L. Ray, U.S. Magistrate Judge
*Printed name and title*

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence.  The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.  Given this confirmation, generalized motions seeking assurance of the Government' s compliance are unnecessary

Date:        05/21/2025

_____
Magistrate Judge Christopher L. Ray

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:25-mj-00051-CLR-1 |
| | ) | |
| Charmaine Gatlin | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Charmaine Gatlin _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;

( X )    if convicted, to surrender to serve a sentence that the court may impose; or

( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)   This is a personal recognizance bond.

(    ) (2)   This is an unsecured bond of $ _____ .

( X ) (3)   This is a secured bond of $ _30,000.00_____ , secured by:

  (    ) (a) $ _____ , in cash deposited with the court.

  ( X ) (b) third party signature.

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (    ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

_____ Charmaine Gatlin _____
Defendant's signature

8159 E.B. Cooper Hwy.
Riceboro, GA 30303
Defendant's address

404-428-5028
Defendant's telephone number

Arthur Gatlin
Surety/property owner – printed name

_____
Surety/property owner – signature and date

8159 EB Cooper Hwy
Surety/property owner – address

786-525-8912
Surety/property owner – telephone number

*CLERK OF COURT*

Date: 5-21-25

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 5/21/25

_____
Judge's signature

AO 466A (Rev. 07/16)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| United States of America<br>v.<br>Charmaine Gatlin<br><br>―――――――――――――<br>*Defendant* | )<br>)<br>)    Case No. 4:25-mj-00051<br>)<br>)<br>)    Charging District's Case No.  25-2220-CR<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*     Southern District of Florida

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☑    a preliminary hearing.

☑    a detention hearing.

☑    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 21 May 25

―――――――――――――――――――――――――
*Defendant's signature*

―――――――――――――――――――――――――
*Signature of defendant's attorney*

Karin Kissiah
*Printed name of defendant's attorney*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.: 4:25mj-51** | **DATE:** May 21, 2025 |
| **UNITED STATES OF AMERICA** | **TIME:** 2:43-3:21 |
| **v.** | **LOCATION: SAVANNAH** |
| **Charmaine Gatlin** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Burrell |
| **Court Reporter:** FTR SAV-CR2 | **Interpreter/Law Clerk:** |
| **Probation Officer:** Holland | **Security:** Turner |
| **Attorney(s) for Government:** Frank Pennington | |
| **Attorney(s) for Defendant:** Karin Kissiah | |

**PROCEEDINGS:**     **INITIAL APPEARANCE - RULE 5**

      **CHARGING DISTRICT: Southern District of Georgia**

      **CASE NUMBER: 25-2220-CR**

[✓] Defendant advised of charges and penalties     [ ] Defendant qualifies for court appointed counsel

[✓] Defendant waives preliminary hearing     [✓] Defendant waives identity hearing

[ ] Preliminary hearing set for:

[ ] Government moves for detention:

     [ ] Defendant waives detention hearing in the Southern District of Georgia

     [ ] Defendant requests 5 days to prepare for detention hearing

     [ ] Government requests 3 days to prepare for detention hearing

     [ ] Detention hearing scheduled for:

     [ ] Detention hearing held.

[✓] Defendant released on an Appearance Bond

     [✓] Defendant is ordered to appear at the charging district on: June 4, 2025 at 2:00 P.M.

[ ] Defendant detained pending a detention hearing

[ ] Defendant remanded to the custody of the US Marshal for transport back to:_____

_____.

**ADDITIONAL COMMENTS:**

37

# UNITED STATES DISTRICT COURT
### for the

_Southern_ District of _Georgia_

<table>
<tr><td>United States of America</td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td>Case No. 4:25-mj-00051-CLR-1</td></tr>
<tr><td>Charmaine Gatlin</td><td>)</td><td></td></tr>
<tr><td>_Defendant_</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  United States District Court for the Southern District of Florida

*Place*

Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Miami, FL 33128

on   June 4, 2025 at 2:00 p.m.

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign:

_____  An Appearance Bond.

_____  An Unsecured Appearance Bond in the amount of $_____.

_____  An Unsecured Appearance Bond in the amount of $_____, without pretrial supervision.

✓____  An Appearance Bond in the amount of $ 30000.00 ____, which must be secured by a third party signature.

_____  An Appearance Bond in the amount of $_____ secured by $ _____, in cash deposited with the Court

AO 199B (Rev. 09/24) Additional Conditions of Release
Charmaine Gatlin
4:25-00051M-001

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____
                                   *Custodian*                               *Date*

( ☒ ) (7) The defendant must:
( ☒ ) (a) submit to supervision by and report for supervision to the  SUPERVISING OFFICER AS DIRECTED  ,
telephone number _____, no later than _____ .
( ☒ ) (b) continue or actively seek employment.
( ☐ ) (c) continue or start an education program.
( ☒ ) (d) surrender any passport to:   THE SUPERVISING OFFICER
( ☒ ) (e) not obtain a passport or other international travel document.
( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:  TRAVEL IS RESTRICTED
TO THE SOUTHERN DISTRICT OF GEORGIA AND SOUTHERN DISTRICT OF FLORIDA (COURT PURPOSES ONLY)
( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including:  CO-DEFENDANTS, UNLESS ARRANGED BY AND IN THE PRESENCE OF COUNSEL. Specifically, Yergan Jones,
Darryl Holsendolph, Shanae Hill, Charlotte Green

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
necessary.
( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
( ☒ ) (l) not use alcohol ( ☐ ) at all ( ☒ ) excessively.
( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
medical practitioner.
( ☐ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with
random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of
prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and
accuracy of substance screening or testing of prohibited substances.
( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising
officer.
( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as
directed, including not consuming alcohol.
( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as
determined by the pretrial services or supervising officer.
( ☐ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component (**check one**):
( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ )from _____ to _____ , or ( ☐ ) as
directed by the pretrial services office or supervising officer; or
( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities
approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and
court appearances or activities specifically approved by the court; or

AO 199B (Rev. 09/24) Additional Conditions of Release

Page 3 of 4

Charmaine Gatlin

4:25-00051M-001

## ADDITIONAL CONDITIONS OF RELEASE

        ( ☐ )   (ii)     submit to the following location monitoring technology (check one):

    ( ☐ ) (1)   Location monitoring technology as directed by the pretrial services or supervising officer; or

    ( ☐ ) (2)   GPS; or

    ( ☐ ) (3)   Radio Frequency; or

    ( ☐ ) (4)   Voice Recognition; or

    ( ☐ ) (5)   Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    (iii)  ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☒ )  (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ )  (s)  Incur no new debt, including no new lines of credit or bank accounts, without prior authorization of supervising officer.

42

AO 199C (Rev. 09/08) Advice of Penalties                                    Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Charmaine Gotlin_
_____
Defendant's Signature

_Riceboro, Ga_
_____
City and State

## Directions to the United States Marshal

( **X** ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the
        defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be
        produced before the appropriate judge at the time and place specified.

Date: __5/21/25__          _____
                                        Judicial Officer's Signature

                           U.S. MAGISTRATE JUDGE CHRISTOPHER L. RAY
                           _____
                                        Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

43

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

United States of America )
v. )
)  Case No.  4:25-mj-00051-CLR-1
)
_____Charmaine Gatlin_____ )
*Defendant* )

## APPEARANCE BOND

### Defendant's Agreement

I, _____Charmaine Gatlin_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;

( X )    if convicted, to surrender to serve a sentence that the court may impose; or

( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)   This is a personal recognizance bond.

(    ) (2)   This is an unsecured bond of $ _____ .

( X ) (3)   This is a secured bond of $ _30,000.00_____ , secured by:

    (    ) (a) $ _____ , in cash deposited with the court.

    ( X ) (b) third party signature.

        If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(    ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.*  This appearance bond may be forfeited if the defendant does not comply with the above agreement.  The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.  At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

44

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

 (1) all owners of the property securing this appearance bond are included on the bond;
 (2) the property is not subject to claims, except as described above; and
 (3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

Defendant's address
8159 E.B. Cooper Hwy.
Riceboro, GA 30303

_Charmaine Gatlin_
Defendant's signature

_404-428-5028_
Defendant's telephone number

Surety/property owner — printed name
_Arthur Gatlin_

Surety/property owner — signature and date

Surety/property owner — address
_8159 EB Cooper Hwy_

_786-525-8912_
Surety/property owner — telephone number

Date: _5-21-25_

Approved.

Date: _5/21/25_

*CLERK OF COURT*

Signature of Clerk or Deputy Clerk

Judge's signature

**Query**  **Reports**  **Utilities**  **Help**  **What's New**  Log Out

CLOSED

# U.S. District Court
## Southern District of Georgia (Savannah)
## CRIMINAL DOCKET FOR CASE #: 4:25-mj-00051-CLR-1

Case title: USA v. Gatlin

Other court case number: 25-2220-CR Southern District of
Florida

Date Filed: 05/21/2025

Date Terminated: 05/23/2025

Assigned to: Magistrate Judge Christopher
L. Ray

### Defendant (1)

**Charmaine Gatlin**
*TERMINATED: 05/23/2025*

represented by **Karin Kissiah**
New South Law LLC
1305 Barnard St
Ste 203
Savannah, GA 31401
703-470-3338
Email: karin@newsouthlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**surety**

**Arthur Gatlin**
*TERMINATED: 05/23/2025*

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Frank Morgan Pennington , II** |
| | | U.S. Attorney's Office - Savannah |
| | | P.O. Box 8970 |
| | | 22 Barnard Street, Suite 300 |
| | | Savannah, GA 31401 |
| | | Email: frank.pennington@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **John Patrick Harper** |
| | | U.S. Attorney's Office - Savannah |
| | | P.O. Box 8970 |
| | | 22 Barnard Street, Suite 300 |
| | | Savannah, GA 31401 |
| | | 912-201-2542 |
| | | Fax: 912-652-4991 |
| | | Email: john.harper2@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Timothy Patrick Dean** |
| | | DOJ-USAO |
| | | 22 Barnard Street |
| | | Suite 300 |
| | | Savannah, GA 31401 |
| | | 912-201-2553 |
| | | Email: tim.dean@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2025 | | Case unsealed as to Charmaine Gatlin. (jrb) (Entered: 05/21/2025) |
| 05/21/2025 | | CJA 20 - TEXT ORDER for Appointment of Attorney as to Charmaine Gatlin: Appointment of Attorney Karin Kissiah.Signed by Magistrate Judge Christopher L. Ray on May 21, 2025. (jrb) (Entered: 05/21/2025) |

| 05/21/2025 | 2 | TEXT ONLY NOTICE OF HEARING as to Charmaine Gatlin. Initial Appearance - Rule 40 set for 5/21/2025 02:30 PM in Savannah District Court 8 Southern Oaks Court, Courtroom Two, Savannah, GA before Magistrate Judge Christopher L. Ray. (jrb) (Entered: 05/21/2025) |
|---|---|---|
| 05/21/2025 | 3 | CJA 23 Financial Affidavit by Charmaine Gatlin (pts) (Entered: 05/21/2025) |
| 05/21/2025 | 4 | Pretrial Services Report as to Charmaine Gatlin. This report is provided for the purpose of BAIL DETERMINATION ONLY and shall otherwise be confidential pursuant to: 18 USC Section 3153(c)(1). (USPO) (Entered: 05/21/2025) |
| 05/21/2025 | 5 | Minute Entry for proceedings held before Magistrate Judge Christopher L. Ray: Initial Appearance in Rule 5(c)(3) Proceedings as to Charmaine Gatlin held on 5/21/2025. (Court Reporter FTR.) (jrb) (Entered: 05/21/2025) |
| 05/21/2025 | 6 | ORDER requiring Defendant to appear in the District where charges are pending as to Charmaine Gatlin. Signed by Magistrate Judge Christopher L. Ray on May 21, 2025. (jrb) (Entered: 05/21/2025) |
| 05/21/2025 | 7 | WAIVER of Rule 5 & 5.1 Hearings by Charmaine Gatlin. (amd) (Entered: 05/21/2025) |
| 05/21/2025 | 8 | ORDER Setting Conditions of Release. Defendant must sign an Appearance Bond in the amount of $30,000.00 which must be secured by a third party signature. Signed by Magistrate Judge Christopher L. Ray on 5/21/2025. (amd) (Entered: 05/21/2025) |
| 05/21/2025 | 9 | Appearance Bond Entered as to Charmaine Gatlin, in amount of $ 30,000.00, secured by third party signature. (amd) (Entered: 05/21/2025) |