**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20220-BLOOM**

**UNITED STATES OF AMERICA**

vs.

**CHARMAINE GATLIN,**

      **Defendants.**
_____/

## UNITED STATES OF AMERICA'S NOTICE REGARDING SENTENCING HEARING

      The undesigned Assistant United States Attorney conferred with counsel for the Defendant regarding tomorrow's sentencing hearing. The parties disagree on the application of a guideline enhancement for role, but do not expect to have an extensive argument on the topic because the underlying facts are stipulated in the Defendant's factual proffer and the issue has been briefed by both parties. As to the parties' sentencing recommendations, one representative of Jackson would like to make a short statement to the court. The defense expects one, or possibly two people, to speak on behalf of the Defendant.

      In addition, the defendant moved for a downward variance on Thursday, December 4, 2025(DE43), and the Defendant herself filed a statement that same day asking for a variance to a non-custodial sentence based on facts she asserted about her personal life that were not captured in the Presentence Investigation Report (DE44). In preparing for the sentencing hearing, which includes the Government's oral response to the downward variance motion and factual assertions of the Defendant in her statement, the Government believes it will be appropriate to briefly present some relevant facts to the Court about Defendant's criminal conduct. The Government will strive to keep the presentation efficient but would like the Court to know it may result in a sentencing hearing tomorrow that slightly exceeds 30 minutes (*see* DE 30).

Dated: December 9, 2025                                  Respectfully submitted,

                                                         JASON REDING QUIÑONES
                                                         UNITED STATES ATTORNEY

By:   /s/   Elizabeth Young
                                                         ELIZABETH YOUNG
                                                         Assistant United States Attorney
                                                         Court ID No. A5501858
                                                         Elizabeth.Young@usdoj.gov
                                                         United States Attorney's Office
                                                         99 Northeast 4th Street
                                                         Miami, Florida 33132-2111
                                                         Tel: (786) 761-3153